UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MCENROE, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY SERVICES LLC, <br><br> Defendant. | Case No.  15-cv-02190-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on September 29, 2015.  The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Initial Disclosures | October 20, 2015 |
| Deadline for Parties to File Statement Regarding Mediation | November 30, 2015 |
| Deadline for Defendant to File Letter Brief Regarding Early Motion for Summary Judgment (If Desired) | December 4, 2015 |
| Deadline for Plaintiff to File Responsive Letter Brief Regarding Early Motion for Summary Judgment | December 9, 2015 |
| Deadline to Hear Early Motion for Summary Judgment | January 28, 2016 2:00 p.m. |
| Close of Fact Discovery | April 15, 2016 |
| Deadline to Complete Initial Expert Disclosures | April 29, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | May 30, 2016 |
| Close of Expert Discovery | July 1, 2016 |
| Deadline to Hear Dispositive Motions | August 25, 2016 2:00 p.m. |
| Pretrial Conference | October 25, 2016 3:00 p.m. |
| Jury Trial | November 7, 2016 8:30 a.m. 9 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge