United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MCENROE,<br><br>            Plaintiff,<br><br>       v.<br><br>AT&T MOBILITY SERVICES LLC,<br><br>            Defendant. | Case No.  15-cv-02190-HSG   (SK)<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S REQUEST TO COMPEL DISCOVERY RESPONSES**<br><br>Regarding Docket No. 45 |

Before the Court is the parties' letter brief regarding Plaintiff's request to compel further responses to written discovery and a Rule 30(b)(6) deposition.  The Court shall hear oral argument on this motion on Wednesday, April 13, 2016 at 11:00 a.m.  Plaintiff should be prepared to discuss the specific discovery that Plaintiff is seeking to compel.

**IT IS SO ORDERED**.

Dated: March 24, 2016

_____
SALLIE KIM
United States Magistrate Judge