Lisa C. Hamasaki (SBN 197628)
 lch@millerlawgroup.com
Jennifer R. Cotner (SBN 255785)
 jrc@millerlawgroup.com
Shannon R. Clawson (SBN 273699)
 sclawson@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 15-02190 HSG (SK)<br><br>**DEFENDANT AT&T MOBILITY SERVICES LLC'S REQUEST AND [PROPOSED] ORDER FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:     March 29, 2016**<br>**Time:     2:00 p.m.**<br>**Courtroom: 10, 19th Floor**<br><br>Complaint filed:  April 14, 2015<br>Trial Date: November 7, 2016 |

**TO: THE HONORABLE HAYWOOD S. GILLIAM, PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

Pursuant to the Court's Notice of Case Management Conference dated March 28, 2016 (Dkt 54), Defendant AT&T MOBILITY SERVICES LLC respectfully requests that this Court grant permission to Attorney Lisa Hamasaki of Miller Law Group to appear by telephone for the Case Management Conference scheduled for tomorrow, March 29, 2016, at 2:00 p.m.  In support of this request, the undersigned represents that: (1) Lisa Hamasaki currently is and will be in San Diego, California, tomorrow, March 29, 2016, working on a pending trial; and (2) Attorney Jennifer Cotner also id unavailable on March 29, 2016, as she will be in deposition all day in a separate matter.

WHEREFORE, Defendant respectfully requests leave of this Court for Lisa Hamasaki to appear by telephone for the March 29, 2016 Case Management Conference.

Dated:  March 28, 2016                     MILLER LAW GROUP
                                           A Professional Corporation


                                           By: /s/ _____
                                                Jennifer Cotner
                                                Attorneys for Defendant
                                                AT&T MOBILITY SERVICES LLC

**DEFENDANT AT&T MOBILITY SERVICES LLC'S REQUEST AND [PROPOSED] ORDER FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**
**Case No.: C 15-02190 HSG (SK)**

## ~~[PROPOSED]~~ ORDER

Defendant AT&T MOBILITY SERVICES LLC'S request for Lisa Hamasaki to appear by telephone for the Case Management Conference scheduled for March 29, 2016 at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

DATED: _____March 28__, 2016

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, Jr.
U.S. DISTRICT COURT JUDGE

4828-6306-8975, v. 1