| | |
|---|---|
| 1 | MICHAEL G. MILLER, (SBN 136491) |
| 2 | HEATHER ANN T. YOUNG (SBN 283211) |
|   | PERRY, JOHNSON, ANDERSON, |
| 3 | MILLER & MOSKOWITZ, LLP |
|   | 438 First Street, Fourth Floor |
| 4 | Santa Rosa, CA 95401 |
|   | Telephone:   (707) 525-8800 |
| 5 | Facsimile:   (707) 545-8242 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | SARA McENROE |

MICHAEL G. MILLER, (SBN 136491)
HEATHER ANN T. YOUNG (SBN 283211)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone:   (707) 525-8800
Facsimile:   (707) 545-8242

Attorneys for Plaintiff
SARA McENROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE | Case No. C 15-02190 HSG |
| Plaintiff, | **PLAINTIFF SARA MCENROE'S REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONVERENCE** |
| v. | |
| AT&T MOBILITY SERVICES LLC, and DOES 1 through 20, inclusive, | DATE: March 29, 2016<br>Time:   2:00 p.m.<br>Courtroom 10, 19th floor |
| DEFENDANTS. 2 | |

TO: THE HONORABLE HAYWWOOD S. GILLIAM, DEFENDANT AND DEFENDANT'S COUNSEL OF RECORD:

Pursuant to the Court's Notice of Case Management Conferenced (Dk 54) dated March 28, 2016, Plaintiff SARA MCENROE respectfully requests that this Court grant permission to Attorney Michael G. Miller of Perry, Johnson, Anderson, Miller & Moskowitz to appear by telephone for the Case Management Conference scheduled on March 29, 2016 at 2:00 p.m.

///

///

///

///

///

1

1  WHEREFORE, Plaintiff respectfully requests leave of this Court for Michael G. Miller
2  to appear by telephone for the March 29, 2016 Case Management Conference.

4  DATED: 3-28-16                    By: /s/ MG
5                                    MICHAEL G. MILLER
                                     HEATHER ANN-T. YOUNG
6                                    PERRY, JOHNSON, ANDERSON
                                     MILLER & MOKOWITZ, LLP
7                                    ATTORNEYS FOR PLAINTIFF
                                     SARA McENROE

10                           [PROPOSED] ORDER
11  Plainitff Sara McEnroe's request for Michael G. Miller to appear by telephone for the
12  Case Management Conference scheduled for March 29, 2016 at 2:00 p.m. is hereby granted.
13  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic
14   appearance.
15  **IT IS SO ORDERED.**

17  Date  3/29/2016                           /s/ Haywood S. Gilliam Jr.
                                              Hon. Haywood S. Gilliam, Jr.
18                                            United States District Judge