UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MCENROE,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY SERVICES LLC,<br><br>        Defendant. | Case No. 15-cv-02190-HSG   (SK)<br><br>**ORDER SETTING HEARING REGARDING LETTER BRIEF**<br><br>Regarding Docket No. 45 |

Pending before this Court is a joint letter brief concerning a discovery dispute between the parties. (Dkt. 45.) A hearing on the dispute was originally scheduled for April 13, 2016, but was later vacated in light of the Motion to Withdraw filed by former counsel for Plaintiff. Since Plaintiff has engaged new counsel who have appeared in this action, the Court hereby resets the pending discovery matter for hearing on June 1, 2016 at 9:30 a.m. in Courtroom A of this Court, located at 450 Golden Gate Avenue, San Francisco, California. If the parties wish to submit additional information to the Court for consideration, they may submit a joint supplemental letter brief of a maximum of two pages in length by May 20, 2016.

**IT IS SO ORDERED**.

Dated: May 12, 2016

_____

SALLIE KIM
United States Magistrate Judge