UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARA MCENROE,

    Plaintiff,

    v.

AT&T MOBILITY SERVICES LLC,

    Defendant.

Case No. 15-cv-02190-HSG

**AMENDED SCHEDULING ORDER**

On April 12, 2016, the Court issued an order granting Perry, Johnson, Anderson, Miller, and Moskowitz LLP's motion to withdraw as Plaintiff's counsel and stayed all pending deadlines. Dkt. No. 64. On May 10, 2016, the Court held a case management conference to determine whether Plaintiff had obtained substitute counsel and to set a new case schedule. The Court hereby sets the following case deadlines:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | July 25, 2016 |
| Deadline to Complete Initial Expert Disclosures | August 24, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | September 8, 2016 |
| Close of Expert Discovery | October 10, 2016 |
| Deadline to Hear Dispositive Motions | November 10, 2016 at 2:00 p.m. |
| Pretrial Conference | January 10, 2017 at 3:00 p.m. |
| Jury Trial | January 23, 2017 at 8:30 a.m. 9 days |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/13/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge