1  Lisa C. Hamasaki (SBN 197628)
     lch@millerlawgroup.com
2  Shannon R. Clawson (SBN 273699)
     sclawson@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
7  Attorneys for Defendant
   AT&T MOBILITY SERVICES LLC
8
   **NEUMANN LAW**
9  3558 ROUND BARN BLVD., SUITE 200
   SANTA ROSA, CALIFORNIA 95403
10  (707) 636-4295

11 MICHELLE DYE NEUMANN (STATE BAR #303601)

   **GEARINGER LAW GROUP**
12 740 FOURTH STREET
   SANTA ROSA, CALIFORNIA 95404
   (415) 440-3102
13
   BRIAN GEARINGER (STATE BAR #146125)
14
   ATTORNEYS FOR PLAINTIFF SARA MCENROE
15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No.: C 15-02190 HSG (SK)<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR EXTENSION OF THE FACT DISCOVERY DEADLINE FOR DEFENDANT LIMITED TO ISSUES STEMMING FROM CERTAIN DISCOVERY REQUESTS CONCERNING PLAINTIFF'S ALLEGED DAMAGES**<br><br>Hon. Haywood S. Gilliam<br><br>450 Golden Gate Avenue<br>San Francisco, California 94102<br><br>Complaint filed:  April 14, 2015<br>Trial Date:  January 23, 2017 |

1

**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST**
**Case No.: C 15-02190 HSG (SK)**

Plaintiff SARA MCENROE and Defendant AT&T Mobility Services LLC ("Defendant" or "AT&T") (collectively, "the Parties"), through their counsel of record, filed a stipulation and request for extension of the fact discovery deadline for Defendant, which would be limited to issues stemming from certain discovery requests concerning Plaintiff's alleged damages set forth in Defendant's Requests for Production, Set Two and Interrogatories, Set Two.

After full consideration of the stipulation and request submitted by the parties, the supporting declaration, and all other matters presented to this Court, and good cause appearing therefore, pursuant to Civil Local Rule 6-2, the parties' stipulation and request is hereby GRANTED to allow time for Defendant to conduct discovery limited to issues that stem from Plaintiff's responses to Defendant's Requests for Production, Set Two, and Interrogatories, Set Two, including depositions and written discovery, which the Parties understand shall be discovery related to Plaintiff's alleged damages for emotional distress and alleged compensatory damages and mitigation efforts.  The Court HEREBY ORDERS THAT:

- Plaintiff shall respond to Defendant's Requests for Production, Set Two, and Interrogatories, Set Two, on or by July 1, 2016;
- The fact discovery cut-off to conduct discovery on issues that stem from Plaintiff's responses to Defendant's Requests for Production, Set Two, and Interrogatories, Set Two, including depositions and written discovery, which the Parties understand shall be discovery related to Plaintiff's alleged damages for emotional distress and alleged compensatory damages and mitigation efforts (e.g., depositions of Plaintiff's health care providers and records from Plaintiff's subsequent employers, if any) – and for this discovery only – shall be extended to August 5, 2016;

- Pursuant to Local Civil Rule 37-3, no motion to compel fact discovery by Defendant in relation to the above-discussed discovery may be filed more than 7 days after the amended fact discovery cut-off of August 5, 2016;
- No other deadlines or dates set forth in the operative Scheduling Order issued on May 13, 2016 (Dkt. No. 69) shall be altered or otherwise affected by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2016

*[signature]*
Honorable Haywood S. Gilliam
United States District Judge

4830-0069-2274, v. 1