1  Lisa C. Hamasaki (SBN 197628)
     lch@millerlawgroup.com
2  Janine S. Simerly (SBN 102361)
     js@millerlawgroup.com
3  Shannon R. Clawson (SBN 273699)
     sclawson@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  AT&T MOBILITY SERVICES LLC

### NEUMANN LAW
3558 ROUND BARN BLVD., SUITE 200
SANTA ROSA, CALIFORNIA 95403
(707) 636-4295

MICHELLE DYE NEUMANN (STATE BAR #303601)

### GEARINGER LAW GROUP
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

ATTORNEYS FOR PLAINTIFF SARA MCENROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA McENROE,<br><br>              Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.: C 15-02190 HSG (SK)<br><br>**ORDER GRANTING STIPULATION EXTENDING THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION**<br><br>Hon. Haywood S. Gilliam<br><br>450 Golden Gate Avenue<br>San Francisco, California 94102<br><br>Complaint filed:  April 14, 2015<br>Trial Date:  January 23, 2017 |

1

**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION**
**Case No.: C 15-02190 HSG (SK)**

Plaintiff Sara McEnroe ("Plaintiff") and Defendant AT&T Mobility Services LLC ("Defendant" or "AT&T") (collectively, "the Parties"), through their respective undersigned counsel of record, filed a Stipulation Extending The Deadline For The Parties To Complete Mediation.

After full consideration of the stipulation and request submitted by the Parties, the supporting declaration, and all other matters presented to this Court, and good cause appearing therefore, pursuant to Civil Local Rule 6-2, the Parties' stipulation and request is hereby GRANTED.   The Court HEREBY ORDERS THAT:

- The deadline for the Parties to participate in court-sponsored mediation shall be extended from October 1, 2016 to November 16, 2016;

- Except as previously amended by the Court's orders dated June 16, 2016 (Dkt. No. 77) and July 22, 2016 (Dkt. No. 81), all other deadlines and dates set forth in the operative Scheduling Order issued on May 13, 2016 (Dkt. No. 69) shall remain in place.

No dates or deadlines set forth in the operative Scheduling Order issued on May 13, 2016 (Dkt. No. 69) shall be altered or otherwise affected by this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: September 26, 2016

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge